UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA D. DAVIS-KNOTTS,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 15-cv-01518-VC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS; DENYING MOTION FOR APPOINTMENT OF COUNSEL; AND DISMISSING COMPLAINT WITH LEAVE TO AMEND**<br><br>Re: Dkt. Nos. 1, 3, 4 |

    The plaintiff seeks leave to proceed *in forma pauperis.* Because the plaintiff has made an adequate showing of indigence, the application is granted.

    Under 28 U.S.C. § 1915, however, the Court has a continuing duty to dismiss any case in which a party seeks leave to proceed *in forma pauperis* if the Court determines that the action (1) is frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). As presently drafted, the complaint fails to state a cognizable claim. Rule 8 of the Federal Rules of Civil Procedure provides that to state a claim, a pleading must contain, among other things, "a short and plain statement of the claim showing that the pleader is entitled to relief." The Supreme Court has made clear that while "showing" an entitlement to relief does not require "detailed factual allegations," it does "demand[] more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678, (2009) (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007)).

    The plaintiff's complaint appears to allege that she suffered a work-related injury while working as a "Key Data Operator" for the State Compensation Insurance Fund ("SCIF"), and that the SCIF paid for the plaintiff to retrain as a Program Technician, but that she was "never re-hired back with the State of California as a state worker." The complaint does not provide any details

1  about SCIF's alleged obligation to rehire the plaintiff, or any explanation about the plaintiff's
2  efforts to seek a new position as a state worker.
3        The plaintiff also requests that a case pending before the California Department of Fair
4  Employment and Housing be transferred to this Court "for hearing and review."  But the plaintiff
5  provides no information about the current status of that case.  Nor does the plaintiff provide any
6  basis for the Court to assume jurisdiction over it.
7        Finally, the plaintiff requests that the Court "review the case/inheritance never given to
8  [the plaintiff] under the Freedom Act."  The complaint alleges that the plaintiff's father "was
9  injured and never paid yet died."  To the extent that the plaintiff alleges somebody acted illegally
10 towards her, her complaint does not clearly identify the wrongdoers, does not explain what they
11 did, and does not explain why their conduct was unlawful.
12       Without these additional facts, the complaint fails to state a claim showing that the plaintiff
13 is entitled to relief.  Accordingly, the complaint is dismissed.  In light of her *pro se* status, the
14 plaintiff will be given leave to amend.  If the plaintiff elects to amend, she must do so no later than
15 May 8, 2015.
16       The plaintiff's motion to appoint counsel is denied.  However, the Court directs the
17 plaintiff's attention to the Handbook for Pro Se Litigants, which is available along with further
18 information on the Court's website located at http://cand.uscourts.gov/proselitigants.  The plaintiff
19 may also wish to seek free limited legal assistance from the Federal Pro Bono Project by calling
20 the appointment line at (415) 782-8982 or by signing up in the appointment book located outside
21 the door of the Project on the 15th floor of the Courthouse building.  Through the Project, the
22 plaintiff can speak with an attorney who will provide basic guidance (although not legal
23 representation).
24       **IT IS SO ORDERED.**
25 Dated: April 8, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA D. DAVIS-KNOTTS,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>   Defendant. | Case No.   15-cv-01518-VC<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 4/8/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia D. Davis-Knotts
7501 S. El Dorado Street
#7
French Camp, CA 95231


Dated: 4/8/2015


Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA