UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA D. DAVIS-KNOTTS,
    Plaintiff,

v.

STATE OF CALIFORNIA,
    Defendant.

Case No. 15-cv-01518-VC

**ORDER RE PLAINTIFF'S SUBMISSIONS**

Re: Dkt. Nos. 7, 8, 9

On April 8, 2015, the Court dismissed the plaintiff's complaint because it failed to state a claim on which relief can be granted. The plaintiff has since filed a number of documents with the Court in an apparent effort to update her complaint. In light of these filings, the Court offers the following clarification:

- If the plaintiff wishes to amend her complaint, she will need to file an entirely new complaint. To avoid dismissal, the new complaint should address the issues identified in the Court's April 8, 2015 Order dismissing the plaintiffs' original complaint.

- The plaintiff should be aware that, under the Federal Rules of Civil Procedure, if the plaintiff wishes to bring claims against a number of individuals or entities based on based on unrelated facts or occurrences, the plaintiff will need to bring these claims as separate cases. *See* Fed R. Civ. P. 20(a)(2).

- The plaintiff should also be aware that federal courts have limited jurisdiction over state-law issues. As a result, it will not be possible to transfer to her ongoing California Department of Fair Employment and Housing case to this Court. And to the extent that the plaintiff is asking this Court to review a decision from a state court unlawful detainer action, the Supreme Court has made clear that federal district courts lack jurisdiction to review final state court judgments. *See District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983); *Rooker v. Fidelity Trust Co.,* 263 U.S. 413, 416 (1923).

Finally, the Court strongly recommends that the plaintiff seek the assistance of the Legal Help Center, located on the 15th Floor of the San Francisco Courthouse.

**IT IS SO ORDERED.**

Dated: April 13, 2015



VINCE CHHABRIA
United States District Judge