UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA D. DAVIS-KNOTTS,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>   Defendant. | Case No. 15-cv-01518-VC<br><br>**ORDER DENYING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>Re: Dkt. No. 6 |

On April 8, 2015, the Court dismissed the plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) because the complaint failed to state a claim showing that the plaintiff is entitled to relief. Accordingly, the Court declines to grant the plaintiff permission for electronic case filing at this time. The plaintiff has until May 8, 2015 to file an amended complaint. After the plaintiff has filed a complaint that states a claim on which relief may be granted, she may file a new request to participate in electronic case filing in this case.

**IT IS SO ORDERED.**

Dated: April 13, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA D. DAVIS-KNOTTS,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No.  15-cv-01518-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/13/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia D. Davis-Knotts
7501 S. El Dorado Street
#7
French Camp, CA 95231

Dated: 4/13/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA