UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA D. DAVIS-KNOTTS,<br>　　　　Plaintiff,<br>　　v.<br>STATE OF CALIFORNIA,<br>　　　　Defendant. | Case No. 15-cv-01518-VC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; DENYING PLAINTIFF'S MOTION TO SEAL CASE**<br><br>Re: Dkt. No. 17 |

On April 13, 2015, the plaintiff filed an amended complaint, Docket No. 12, and a motion to seal the case, Docket No. 13. On May 5, 2015, the plaintiff filed a motion to strike the amended complaint and requested an additional three weeks to file a new complaint.

Because the filing of any amended complaint will render the previous complaint null and void, *see Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc), there is no need to strike the first amended complaint. But construed as a request for leave to amend, the plaintiff's May 5, 2015 motion is granted. The plaintiff shall have 21 days from the date of this order to file a second amended complaint. If the plaintiff fails to do so, the case will be dismissed with prejudice.

Because the Court has a policy of providing to the public full access to documents filed with the Court, the plaintiff's motion to seal "all doc[ument]s" in the case is denied. Requests to file documents under seal are governed by Civil Local Rule 79-5. Any request to file a document under seal must, among other things, be narrowly tailored to include only sealable material. Civil L.R. 79-5(d)(1). In other words, if, going forward, the plaintiff wishes to file a document under seal, the plaintiff should identify the specific portions of the document sought to be sealed and the reasons why those portions are sealable.

**IT IS SO ORDERED.**

Dated: May 11, 2015

|   |
|---|
| _____ |
| VINCE CHHABRIA |
| United States District Judge |